LESTER B. FRENCH v. THE DETROIT FREE PRESS
COMPANY.

*Libel and slander.*

This case is ruled by *McAllister v. Detroit Free Press Co., ante,* 453.

Error to Wayne. (Hosmer, J.) Argued February 27, 1891. Decided May 8, 1891.

Case. Defendant brings error. Reversed. The facts are stated in *McAllister v. Free Press Co.,* 76 Mich. 338, and 85 Mich. 453.

*F. A. Baker,* for appellant.

*Corliss, Andrus & Leete* (*Edwin F. Conely,* of counsel), for plaintiff.

LONG, J. The judgment of the court below in this case must be set aside, with costs, and a new trial ordered, for the reasons stated in the opinion in *McAllister v. Detroit Free Press Co., ante,* 453. The present case is ruled by that.

The other Justices concurred.